**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| In Re:     **Ronald Cathey**              ) | |
| ) | **Case No.:**   08-04752 |
| ) | **Judge:**      Squires |
| ) | **Chapter:**    7 |
| **Debtor(s)**                             ) | |

## NOTICE OF FILING

To:  Debtors: Ronald Cathey, 1330 Andover St., Aurora, IL 60504
     Trustee: Glenn Stearns, 4343 Commerce St, Suite 120, Lisle, IL 60532
     U.S. Trustee: 219 S. Dearborn St., Room 873, Chicago, IL 60604
     See attached list

PLEASE TAKE NOTICE that on August 25, 2010 I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois at 219 S. Dearborn St., Chicago, Illinois, the following:

1. Amended Voluntary Petition
2. Amended Schedule A
3. Amended Schedule I
4. Amended Schedule J
5. Amended Statement of Financial Affairs
6. Amended Disclosure of Compensation of Attorney for Debtor

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this notice was served electronically or mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at Chicago, Illinois 60606, before 5:00 p.m. on or before on August 25, 2010.

/s/   Anita Khachikyan

Anita Khachikyan  #6298470
Legal Helpers, P.C.
Attorneys for Debtor
Willis Tower
233 S. Wacker Dr., Suite 5150
Chicago, IL 60606
(312) 467-0004

Ronald D Cathey
1330 Andover Dr.
Aurora, IL 60504

First Premier Bank
Attn: Correspondence Dept.
Po Box 5524
Sioux Falls, SD 57117

Wal-Mart
PO Box 530927
Atlanta, GA 30353

Anita Khachikyan, Legal Helpers
Legal Helpers, PC
Sears Tower
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606

GEMB / Walmart
Po Box 103106
Roswell, GA 30076

Wffinance
1191 E Dundee Rd
Palatine, IL 60074

America's Fi
2 W. Madison St. Suite 200
Oak Park, IL 60302

Hfc - Usa/Beneficial
Attn: Bankruptcy
961 Weigel Dr
Elmhurst, IL 60126

Williams & Fudge, Inc.
300 Chatham Ave
PO BOX 11590
Rock Hill, SC 29731-1590

American General Finan
430 75th St
Downers Grove, IL 60516

Jareds Jewelers
375 Ghent Rd
Akron, OH 44333

American General Finance
600 N. Royal Ave.
Evansville, IN 47715

Meadow Lake Dental Care PC
3941 75th Street
Suite 102
Aurora, IL 60504

Beta Finance Company
PO Box 660232
Indianapolis, IN 46266

National City Mortgage
Attn: Bankruptcy Dept
3232 Newmark Dr.
Miamisburg, OH 45342

Chrysler Credit
Po Box 8065
Royal Oak, MI 48068

Sallie Mae 3rd Pty Lsc
11100 Usa Parkway
Fishers, IN 46037

Creditors Interchange
P.O. Box 1335
Buffalo, NY 14240-1335

Seaway Ntl Bank Of Chi
645 E 87th St
Chicago, IL 60619

Faa First Federal Cu
14600 Aviation Blvd
Hawthorne, CA 90250

Target
Po Box 1327
Mail Stop 3CK
Minneapolis, MN 55440

First Premier Bank
Attn: Correspondence Dept.
Po Box 5524
Sioux Falls, SD 57117

Us Dept Of Education
Po Box 5609
Greenville, TX 75403